JUDE E. NAZARETH, Esq.
Nevada Bar No. 10695
Post Office Box 401506
Las Vegas, NV  89140
(702) 948-7474
JEdward@MNLawOnline.com

Attorney for Plaintiff,
Robert D. Barnhart

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT D. BARNHART, </br></br>　　　　Plaintiff, </br></br>　　vs. </br></br>CHEVY CHASE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., T.D. SERVICE COMPANY; CAPITAL ONE, N.A.; et al. </br></br>　　　　Defendants. | Case No.: 2:10-cv-01070-RLH-PAL </br></br> **PLAINTIFF'S RESPONSE TO DEFENDANT CAPITAL ONE'S MOTION TO EXPUNGE** |

**COMES NOW THE PLAINTIFF, ROBERT D. BARNHART, AND RESPONDS TO DEFENDANT CAPITAL ONE'S MOTION TO EXPUNGE (Document No. 56, dated December 15, 2010) and incorporates herein by express reference as though fully set forth at length his Omnibus Response (Document No.63, dated January 01, 2011 and filed on January 1, 2011 that includes his Response to the said Motion.[1]**

///

///

---

[1] Document 63 correction on Page 25 line 2 to read ,"It is more than noteworthy that on Sept. 1, 2010, on an identical set of facts, Judge Navarro…"

- 1 -

1  Respectfully submitted,

3  Dated: January 2, 2011

5                                                    /s/ Jude E. Nazareth
                                                   _____
6                                                  JUDE E. NAZARETH, ESQ.
                                                   Nevada Bar No. 10695
7                                                  Post Office Box 401506
                                                   Las Vegas, Nevada 89140
8                                                  (702) 948-7474
9                                                  Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on this 2nd day of January, 2011, I did serve via Case Management/Electronic Case Filing, a copy of the above and foregoing:

**PLAINTIFF'S RESPONSE TO DEFENDANT CAPITAL ONE'S MOTION TO EXPUNGE**

Addressed to:

Miranda Du, Esq.
Kristen T. Gallagher, Esq.
McDonald Carano Wilson LLP
2300 W Sahara Avenue, Suite 1000
Las Vegas, NV 89102

*Attorneys for Capital One, N.A.*

Gregory L. Wilde, Esq.
Kevin Soderstrom, Esq.
Wilde & Associates
208 South Jones Blvd.
Las Vegas, NV 89107

*Attorneys for T.D. Service Company*

/s/ Jude E. Nazareth
_____
JUDE E. NAZARETH, ESQ.