# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT D. BARNHART,

                Plaintiff,         Case No. 2:10-cv-01070-RLH-PAL

vs.                                       **ORDER**

CHEVY CHASE BANK, *et al.*,

                Defendants.

On April 28, 2011, a Stipulation and Order (Dkt. #87) was entered granting a stay of this case until May 15, 2011, to allow the parties to complete conditions of their confidential settlement agreement. The stay has expired. As such,

**IT IS ORDERED** that:

1. The parties have until June 6, 2011, to file a stipulation for dismissal.
2. If a stipulation for dismissal is not filed, then the parties shall file a Joint Status Report advising the court of either when the settlement will be finalized, or what proposal the parties have for getting the case ready for trial.

Dated this 20th day of May, 2011.

                                                        Peggy A. Leen
                                                        United States Magistrate Judge