# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT D. BARNHART,<br><br>  Plaintiff,<br><br>vs.<br><br>CHEVY CHASE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., T.D. SERVICE COMPANY, CAPITAL ONE, N.A.,<br><br>  Defendants. | Case No.: 2:10-cv-01070-RLH-PAL<br><br>Consolidated with<br><br>Case No.: 2:10-cv-01780-RLH-PAL<br><br>**O R D E R**<br><br>(Motion for Attorney's Fees–#28;<br>Motion for Reconsideration–#32;<br>Motion to Extend Time–#33) |

Before the Court is Defendant Capital One, N.A.'s **Motion for Attorney's Fees** (#28, filed Nov. 22, 2010), Plaintiff Robert D. Barnhart's **Motion for Reconsideration** (#32, filed Dec. 7, 2010), and Barnhart's **Motion to Extend Time** (#33, filed Dec. 14, 2010), all improperly filed in Case No.: 2:10-cv-01780-RLH-PAL after that case had been consolidated with this case.

However, there having been a stipulation to dismiss all of the parties in this case, (Dkt. ##90 and 92, *Barnhart v. Chevy Chase Bank, FSB, et al.*, 2:10-cv-01070-RLH-PAL), the Court dismisses these motions are denied as moot.

///

///

1

AO 72
(Rev. 8/82)

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Capital One's Motion for Attorney's Fees (#28) is DENIED as moot.

IT IS FURTHER ORDERED that Barnhart's Motion for Reconsideration (#32) is DENIED as moot.

IT IS FURTHER ORDERED that Barnhart's Motion to Extend Time (#33) is DENIED as moot.

The Clerk of Court is instructed to close the case. The Clerk of Court is also instructed to docket this order in both of the above-captioned cases.

Dated: June 27, 2011

_____
ROGER L. HUNT
United States District Judge